No. 81–1022. PRESS-ENTERPRISE CO. ET AL. *v.* SUPE-RIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO. Ct. App. Cal., 4th App. Dist. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE O'CONNOR would grant certiorari.

No. 81–1033. ST. JOE PAPER CO. *v.* SUPERIOR COURT OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO (ESPRIT DE CORP., REAL PARTY IN INTEREST). Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 81–1052. WILLIAMS *v.* SHIPPING CORPORATION OF INDIA. C. A. 4th Cir. Motion of petitioner to defer consideration of the petition for certiorari denied. Certiorari denied.

No. 81–1213. MOBIL CORP. ET AL. *v.* MARATHON OIL CO. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–5834. SOULE *v.* RAINES. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 81–1229. PAXTON NATIONAL INSURANCE CO. *v.* TRANSPORT INDEMNITY CO. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari to resolve the conflict between the decision of the Court of Appeals in this case and the decisions of the Court of Appeals for the Tenth Circuit in *Argonaut Insurance Co.* v. *National Indemnity Co.*, 435 F. 2d 718 (1971), and *Hagans v. Glens Falls Insurance Co.*, 465 F. 2d 1249 (1972).